IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00191-MSK-BNB

LINDA SCHLUMBRECHT-MUNIZ, M.D.,

Plaintiff,

v.

STEAMBOAT SKI & RESORT CORPORATION, a Delaware corporation d/b/a Steamboat,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Defendant's Unopposed Motion to Modify Scheduling Order** [docket no. 27, filed July 30, 2014] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

　　Expert Witness Disclosures:
　　　　The parties shall designate all experts and provide opposing
　　　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　　　on or before **October 6, 2014**;

　　　　The parties shall designate all rebuttal experts and provide
　　　　opposing counsel with all information specified in Fed. R. Civ. P.
　　　　26(a)(2) on or before **November 4, 2014**;

　　Discovery Cut-off:　　　　　　　　　　　**December 5, 2014**;
　　Dispositive Motion Deadline:　　　　　　**January 5, 2015**.

DATED:  July 31, 2014