IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00191-MSK-BNB

LINDA SCHLUMBRECHT-MUNIZ, M.D.,

Plaintiff,

v.

STEAMBOAT SKI & RESORT CORPORATION, a Delaware corporation d/b/a Steamboat,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant's Motion to Stay Discovery Pending a Decision on Its Motion to Dismiss** [Doc. # 16] (the "Motion to Stay"), which is DENIED.

The Federal Rules of Civil Procedure do not expressly provide for a stay of proceedings pending the determination of a motion. String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 *2 (D. Colo. Mar. 30, 2006].  In this case, the parties already have conducted substantial discovery, and the schedule has been modified several times to accommodate the parties' needs.  Rebuttal experts will be disclosed on November 14, 2014, and discovery is scheduled to close on December 5, 2014.  Thus, the purposes of the Motion to Stay have been overtaken by the passage of time and the parties' actions.

IT IS ORDERED that the Motion to Stay [Doc. # 16] is DENIED.

Dated October 28, 2014.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge