IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00191-MSK-BNB

LINDA SCHLUMBRECHT-MUNIZ, M.D.,

Plaintiff,

v.

STEAMBOAT SKI & RESORT CORPORATION, a Delaware corporation d/b/a Steamboat,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion to Amend Scheduling Order to Allow Inspection of Accident Site** [Doc. # 38, filed 12/29/2014] (the "Motion to Extend").  I held a hearing on the Motion to Extend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Extend [Doc. # 38] is GRANTED;

(2) The plaintiff may have to and including February 27, 2015, within which to inspect the site of the accident and serve a supplemental expert report; and

(3) The discovery cut-off is extended to and including March 20, 2015, solely to permit the defendant to take a supplemental deposition of the plaintiff's expert.

Dated January 15, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge