IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-CV-00191-MSK

LINDA SCHLUMBRECHT-MUNIZ, M.D.,

    Plaintiff

vs.

STEAMBOAT SKI & RESORT CORPORATION, a Delaware Corporation d/b/a STEAMBOAT

    Defendant

_____

**STIPULATION FOR DISMISSAL**
_____

The parties stipulate to dismissal of all claims against defendant, with prejudice, each party to pay its own fees and costs, and request the Court to enter an order memorializing this dismissal.

Respectfully submitted this 8th day of March 2016

| MARTENS & ASSOCIATES, P.C. | THE RIETZ LAW FIRM, L.L.C. |
|---|---|
| s/Mark Martens, Esq. | s/Kimberly A. Viergever |
| _____ | Kimberly A. Viergever |
| Mark Martens | 114 Village Place, Suite 301 |
| 3900 E. Mexico Ave., Ste 1300 | P.O. Box 5268 |
| Denver, CO 80210 | Dillon, CO 80435 |
| markmartens6@aol.com | brian@rietzlawfirm.com |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEY FOR DEFENDANT* |

**CM/ECF CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of March, 2016, I caused the foregoing **STIPULATION FOR DISMISSAL** to be filed with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

MARTENS & ASSOCIATES, P.C.
3900 E. Mexico Ave., Ste 1300
Denver, CO 80210

By: */s/ Ali M. Clyde*
(original signature on file)
Ali M. Clyde, Legal Assistant
**THE RIETZ LAW FIRM, L.L.C.**